# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:11-cv-309 |
| | § | |
| v. | § | |
| | § | |
| DRIVETIME AUTOMOTIVE GROUP, INC.; | § | |
| ESET, LLC; | § | |
| FORESEE RESULTS, LLC; | § | |
| LIVEPERSON, INC.; | § | |
| OPINIONLAB, INC.; | § | |
| THE NEW YORK TIMES COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiff Lodsys, LLC's Notice of Dismissal of all claims between Plaintiff Lodsys, LLC and Defendant OpinionLab, Inc., it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff Lodsys, LLC and Defendant OpinionLab, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this 15th day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE