**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LODSYS, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:11-cv-309 |
| v. | § § | |
| DRIVETIME AUTOMOTIVE GROUP, INC.; ESET, LLC; FORESEE RESULTS, LLC; LIVEPERSON, INC.; OPINIONLAB, INC.; THE NEW YORK TIMES COMPANY, | § § § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiff Lodsys, LLC's Notice of Dismissal of all claims between Plaintiff Lodsys, LLC and Defendant DriveTime Automotive Group, Inc., it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff Lodsys, LLC and Defendant DriveTime Automotive Group, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this 6th day of December, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE